**Dr. Die K. BLAISE, Pharm. D, Plaintiff-Appellant,**

v.

**Dr. Sandra HARRIS, Pharm. D.; Vibra Hospital of Richmond, Defendants-Appellees.**

No. 16-1968

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Die K. Blaise, Appellant Pro Se. Kevin D. Holden, Jackson Lewis PC, Richmond, Virginia, for Appellee.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Die K. Blaise seeks to appeal the district court's order dismissing part of his civil

complaint with prejudice and dismissing the remainder without prejudice. Blaise has since filed an amended civil complaint raising the claims dismissed without prejudice, and that action remains pending with the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Blaise seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED